IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BENTON, | No. 2:23-CV-2882-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| C. MALDONADO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The action was originally filed in the San Joaquin County Superior Court and removed by Defendants to this Court. See ECF No. 1. Defendants did not file a responsive pleading in state court. See id. Pending before the Court is Plaintiff's motion for leave to file a first amended complaint. See ECF No. 6 (erroneously docketed as a first amended complaint).

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2). Here, no responsive pleading has been filed. Therefore,

leave of court is not required and Plaintiff is free to file a first amended complaint. If, however, no first amended complaint is filed within 30 days of the date of this order, the Court will proceed to review the sufficiency of Plaintiff's original complaint filed in state court. Should the Court direct service and should Defendants file a responsive pleading, Plaintiff may be required to seek leave of court to amend.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to amend, ECF No. 6, is DENIED as unnecessary.

Dated: January 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE